**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL COUGHHORN** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **1:05cv294LG-RHW** |
| | § | |
| **UNKNOWN DEFENDANTS** | § | **DEFENDANTS** |

## ORDER OF DISMISSAL

This cause comes before the Court, *sua sponte*. The Plaintiff has failed to comply with the Court's Text Notice and Order entered November 2, 2006, in which Plaintiff was granted ten days from that date to identify and/or serve the remaining defendants as required by Rule 4(m). Therefore, this case is dismissed without prejudice as to all remaining defendants, and the case should be immediately closed.

**SO ORDERED AND ADJUDGED** this the 17th day of January, 2007.

*s/Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE